## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH J. TAGGART,           :

                                :    CIVIL ACTION

          Plaintiff,          :

                                :

   v.                          :

                                :    NO.  16-00063

WELLS FARGO BANK, N.A., et al.,    :

                                :

         Defendants.      :

## ORDER

**AND NOW**, this *30th* day of *September*, 2016, upon consideration of the Motions to Dismiss by Defendants Wells Fargo, N.A., Mortgage Electronic Registration Systems, Inc., MERSCORP Holdings, Inc., and Federal Home Loan Mortgage Company ("the Mortgage Defendants") (Docket No. 6), Lisa Roach (Docket No. 16), and Eugene Jaskiewicz (Docket No. 21); Plaintiff Kenneth Taggart's ("Plaintiff")'s Responses in Opposition and Motion to Remand (Docket Nos. 11 and 22); the Mortgage Defendants' Reply (Docket No. 13); and Plaintiff's Sur Reply and Motion to Stay (Docket No. 14), it is hereby **ORDERED** that:

1. Plaintiff's Motion to Remand is **DENIED**;

2. Plaintiff's Motion to Stay is **DENIED**;

3. Counts One, Two, Three, and Six of Plaintiff's Complaint are **DISMISSED WITHOUT PREJUDICE**; and

4. Counts Four and Five of Plaintiff's Complaint are **DISMISSED WITH PREJUDICE**.

5.  Plaintiff has twenty (20) days in which to file an Amended Complaint.

It is so **ORDERED**.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.