IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH J. TAGGART, : CIVIL ACTION
: 
Plaintiff, :
:
v. :
: NO. 16-00063
WELLS FARGO BANK, N.A., et al., :
:
Defendants. :

FILED
MAY 30 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 30th day of May, 2017, upon consideration of the Motion to Dismiss the Amended Complaint by Defendants Wells Fargo, N.A., Mortgage Electronic Registration Systems, Inc., MERSCORP Holdings, Inc., and Federal Home Loan Mortgage Company (Docket No. 32), and Plaintiff Kenneth Taggart's Response in Opposition and Motion to Stay (Docket No. 35), it is hereby **ORDERED** that:

1. The Defendants' Motion to Dismiss is **GRANTED** in its entirety;

2. The Plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE**; and

3. The Plaintiff's Motion to Stay is **DENIED**.

4. The Clerk of Court is directed to mark this case as closed.

It is so **ORDERED**.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.